UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :    MISDEMEANOR
                                      INFORMATION
         - v. -                  :

ANTHONY VALENTI,                 :    08 CRIM 145

         Defendant.              :

- - - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

In or about 2003, in the Southern District of New York and elsewhere, ANTHONY VALENTI, the defendant, being a person required under Title 26, United States Code, to make a return, keep records, and supply information, did unlawfully, willfully, and knowingly fail to make such return, keep such records, and supply such information, at the time required by law and regulations, to wit, while he was the Trustee of the Jack Ward Color Service 401(k) Plan and sole owner of Jack Ward Color Service Inc., VALENTI failed to file IRS Form 5500, as required by law.

(Title 26, United States Code, Section 7203.)

MICHAEL J. GARCIA
United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____