**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA
against

Anthony Valenti

(Alias) _____

_____

Please PRINT Clearly

_O8CR145_

DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF**

**APPEARANCE**

TO:     **CLERK OF COURT S.D.N.Y.**

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE
        ENTITLED ACTION.

        I AM APPEARING IN THIS ACTION AS  (Please check one)

                1. [   ] CJA    2. [ X ] RETAINED    3. [   ] PUBLIC DEFENDER (Legal Aid)

        ADMITTED TO PRACTICE IN THIS COURT [   ] NO    [ X ] YES - IF YES GIVE YOUR DATE OF
                                        ADMISSION. MO._____ YR._1973___

        I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING
        FROM THE_____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE
        LOCAL RULES  FOR THE SOUTHERN  AND EASTERN DISTRICTS OF NEW YORK.

DATED:  NEW YORK,  NEW YORK

        2-27-08

SIGNATURE _____ 0972

PRINT THE FOLLOWING INFORMATION CLEARLY

Michael  M.  Premesly  PREMISLER

Attorney for Defendant

_____

Firm name if any

1 Old County Rd

Street address

Carle Pl   NY   11514

City            State            Zip

516  294  6266

Telephone No

...ALLY FILED

FEB 27 2008

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186